UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
FILE NUMBER: 18-00542-01

UNITED STATES OF AMERICA  :
:
:
:
vs.  :
:   NOTICE OF APPEAL
JOHN KELVIN CONNER  :   Docket No.: 18CR00542-001
:
:

Notice is hereby given that John Kelvin Conner, defendant in the above case, hereby appeals to the United States Court of Appeals for the 3rd Circuit from the final Judgement of Conviction entered in this action on the 30th day of May, 2019.

By: _____
John Kelvin Conner (pro se)
859 Douglass Avenue
Elkins Park, PA 19027

Dated: May 31, 2019